Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
BRIAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN JONES,<br><br>    Defendant. | Case No.: 4:21-mj-71845 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS TO FEBRUARY 10, 2022; EXCLUDE TIME** |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status appearance for defendant Brian Jones, currently scheduled for Friday, January 7, 2022, at 10:00 a.m. before Honorable Magistrate Donna M. Ryu, be continued to Thursday, February 10, 2021, at 10:00 a.m. for status. The reason for the request is that undersigned counsel are in the process of negotiating a pre-indictment resolution, part of which requires a more extensive analysis of Mr. Jones' criminal history. The government has also produced discovery that defense counsel continues to review, including a voluminous amount of recordings which were produced on January 4, 2022. Finally, undersigned defense counsel is out of the country and unavailable for two weeks at the end of January into the beginning of February.

    Defendant Brian Jones consents to the stipulated continuance.

    The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the

1  time until February 10, 2022 should be excluded under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for
2  effective preparation and continuity of counsel because the ends of justice served by the granting of
3  the continuance outweigh the best interests of the public and the defendant in a speedy and public
4  trial, and to enable counsel to be present in order to prepare. The parties further agree that that there is
5  good cause to extend the time limits for a preliminary hearing under Federal Rule of Criminal
6  Procedure 5.1 and for extending the 30 day time period for an indictment under the Speedy Trial Act
7  so that counsel can be present to advise his client and the parties can continue to discuss resolution of
8  the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

IT IS SO STIPULATED.

Dated:     January 5, 2022

/S/
ADAM PENNELLA
Attorney for Brian Jones

Dated:     January 5, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

/S/
MOHIT GOURISARIA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN JONES,<br><br>　　　　Defendant. | Case No.: 4:21-mj-71845 MAG<br><br>**ORDER TO CONTINUE STATUS TO FEBRUARY 10, 2022; EXCLUDE TIME** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance for defendant Brian Jones, currently scheduled for January 7, 2022, before Honorable Magistrate Donna M. Ryu, is hereby continued to Thursday, February 10, 2022, at 10:00 a.m. for status.

　　　IT IS FURTHER ORDERED that the time between January 7, 2022 and February 10, 2022, is hereby excluded under the Speedy Trial Act for effective preparation and continuity of counsel. 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served outweigh the best interests of the public and the defendant in a speedy and public trial so that counsel can be present and advise his client. The Court further finds good cause to extend the time limits for a preliminary hearing under Fed. R. Crim. P 5.1 and extend the 30 day time period for an indictment under the Speedy Trial Act so counsel can adequately prepare and be present, and the parties can continue to discuss resolution of the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

**IT IS SO ORDERED.**

Dated:　January 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　HON. DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate District Judge

ORDER RE:EXCLUDE TIME *JONES*,
4-21-mj-71845 MAG