Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
BRIAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:21-mj-71845 MAG |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS TO FEBRUARY 28, 2022; EXCLUDE TIME** |
| v. | |
| BRIAN JONES, | |
| Defendant. | |

  IT IS HEREBY STIPULATED, by and between the parties to this action, that the status appearance for defendant Brian Jones, currently scheduled for Thursday, February 10, 2022, be continued to Friday, February 28, 2022. The reason for the request is that undersigned counsel is in the process of negotiating a pre-indictment resolution. The government has produced discovery that defense counsel continues to review, including a voluminous number of recordings. Finally, given that undersigned defense counsel was out of the country and unavailable for two weeks at the end of January into the beginning of February, additional time is required to confer with Mr. Jones.

  Defendant Brian Jones consents to the stipulated continuance.

  The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until February 18, 2022 should be excluded under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for effective preparation and continuity of counsel because the ends of justice served by the granting of

the continuance outweigh the best interests of the public and the defendant in a speedy and public trial, and to enable counsel to be present in order to prepare. The parties further agree that that there is good cause to extend the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30 day time period for an indictment under the Speedy Trial Act so that counsel can be present to advise his client and the parties can continue to discuss resolution of the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

IT IS SO STIPULATED.

Dated: February 9, 2022

/S/
ADAM PENNELLA
Attorney for Brian Jones

Dated: February 9, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

/S/
MOHIT GOURISARIA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN JONES,<br><br>　　　　Defendant. | Case No.: 4:21-mj-71845 MAG<br><br>**ORDER TO CONTINUE STATUS TO FEBRUARY 28, 2022; EXCLUDE TIME** |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance for defendant Brian Jones, currently scheduled for February 10, 2022, before Honorable Magistrate Kandis A. Westmore, is hereby continued to February 28, 2022, at 10:00 a.m. for status.

　　IT IS FURTHER ORDERED that the time between February 10, 2022 and February 28, 2022, is hereby excluded under the Speedy Trial Act for effective preparation and continuity of counsel. 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served outweigh the best interests of the public and the defendant in a speedy and public trial so that counsel can be present and advise his client. The Court further finds good cause to extend the time limits for a preliminary hearing under Fed. R. Crim. P 5.1 and extend the 30 day time period for an indictment under the Speedy Trial Act so counsel can adequately prepare and be present, and the parties can continue to discuss resolution of the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

**IT IS SO ORDERED.**

Dated:　February 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate District Judge

ORDER RE:EXCLUDE TIME
*JONES*, 4:21-mj-71845 MAG

1